UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

TREVOR BROWN,

                                         Plaintiff,     **NOTICE OF APPEARANCE**

        -against-

CITY OF NEW YORK, CAPTAIN JOHN DOE,     07 CV 6163 (RMB)
CORRECTION OFFICER NANCY, CORRECTION
OFFICER J.T., AND OTHER NEW YORK CITY
DEPARTMENT OF CORRECTION EMPLOYEES
WHOSE NAMES ARE UNKNOWN AT THIS TIME,

                                       Defendants.

------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that **Stuart Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated:  New York, New York
           August 7, 2007

                                                  MICHAEL A. CARDOZO
                                                  Corporation Counsel
                                                  of the City of New York
                                                  Attorney for Defendant City of New York
                                                  100 Church Street, Rm. 3-311
                                                  New York, New York 10007
                                                  (212) 788-0899

                                       By:  _____
                                                   Stuart Jacobs (SJ 8379)
                                                   Assistant Corporation Counsel
                                                   Special Federal Litigation Division

To:    <u>BY ECF</u>
        Kristen Finlon, Esq.