UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Trevor Brown    Plaintiff(s),

      - v -

City of NY et al.
                Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

07 CV. 6163 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by    12/14/07

(ii)    Amend the pleadings by    12/14/07

(iii)   All discovery to be **expeditiously** completed by    ~~4/15/08~~   2/11/08

(iv)   Consent to Proceed before Magistrate Judge    NO

(v)    Status of settlement discussions    ~~None to date~~   2/13/08 @ 9:30 with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)     Motions _____

(vii)    Oral Argument _____

(viii)   Joint Pre-Trial Order to be submitted by _____

(ix)     Final Pre-Trial Conference _____

(x)      Trial _____

(xi)     Other _____

SO ORDERED: New York, New York
                        10/9/07

RMB

Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07