Re: Obtaining information about my counsel's representation of me on my U.S.C. 1983 Excessive Force claim against, The City of New York and also individual C.O. Frank Hemmings #8271, C.O. John Tranquellino.

#15524

**MEMO ENDORSED**

P2

Dear Judge Berman, Richard M.

I am trying to find out whether or not I'm still being represented by my Counsel Kristen E. Finlon - Bruce E. Menken from firm Beranbaum Menken Ben-Asher & Bierman LLP  80 Pine Street, New York, New York 10005. Telephone: (212) 509-1616.

At this point I don't know what's what, I was informed by my counsel of a potential conflict of interest in my U.S.C. 1983 claim do to some fact of not amending an complaint to include six other individual C.O. from Rikers Island as defendants on my claim. I was then asked to sign a waiver, waiving the conflict of interest in my claim which I did not do, instead I wrote my attorney back and asked them what are my options.

It has now been nearly a month and I'm yet to hear from my counsel in my claim. I want to know am I still being represented by my counsel? I also would like to know if the fact being I no longer have the representation of the above firm, can the Court in which my claim is being addressed apply me with counsel to continue my claim do to the fact that I don't know the first thing about law and from what I red, I'm allowed counsel under the 6th Amendment of our United States Constitution of America. I also would like to know whether my case is still active being I have the problem before you? I'm putting myself before the mercy of the Court, please help me!

-1-

Sincerely, Trevor Brown
Trevor Brown    C.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/08

> Counsel of record, Ms. Finlon, is requested to apprise Pl of his options ASAP. (Appointment of counsel by the Court is not a matter of right in civil cases such as this + is seldom appropriate.) See Hodge 802 F.2d 58 (2d Cir 1986)
>
> SO ORDERED:
> Date: 4/30/08            /s/ Richard M. Berman
>                          Richard M. Berman, U.S.D.J.