# BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP

80 PINE STREET, 32ND FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.BMBBLAW.COM

JONATHAN BEN-ASHER
JOHN A. BERANBAUM °
MARK H. BIERMAN
BRUCE E. MENKEN
JASON J. ROZGER ᐃ

KRISTEN E. FINLON
NICOLE GRUNFELD
JENNIFER L. SMITH*

STEPHEN H. KALITZ
OF COUNSEL

° ALSO ADMITTED NJ, PA
ᐃ ALSO ADMITTED NJ
* ALSO ADMITTED TX

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5/13/08

May 12, 2008

**BY HAND DELIVERY**
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

    RE:    <u>Brown v. City of New York, et al.</u>, No. 07 Civ. 6163

Dear Judge Berman:

    This firm represents the plaintiff in the above matter. According to this Court's order of March 26, 2008, discovery in this matter was to conclude by May 12, 2008, and a status conference was to be set thereafter. At this time, the parties are very close to settlement. However, this process was delayed by a medical emergency and death in my family in April, and by continuing difficulties reaching my client. I also learned today that my client is being moved to another state facility. The officials at Orleans Correctional Facility, where he has been housed, have advised me that they cannot tell me where he will be located until the end of this week. Accordingly, and with the consent of defense counsel, we are requesting that discovery be extended for three weeks, until June 2, 2008. This is the parties' third request for an extension.

Thank you for your consideration.

Respectfully submitted,

Kristen E. Finlon

Application granted. Discovery extended to 6/2/08 (fact + expert).

cc: Stuart E. Jacobs, Esq. (by email)

SO ORDERED:
Date: 5/13/08

Richard M. Berman, U.S.D.J.