# BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP

80 PINE STREET, 32ND FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.BMBBLAW.COM

JONATHAN BEN-ASHER
JOHN A. BERANBAUM °
MARK H. BIERMAN
BRUCE E. MENKEN
JASON J. ROZGER ᐃ

KRISTEN E. FINLON
NICOLE GRUNFELD
JENNIFER L. SMITH*

STEPHEN H. PALITZ
OF COUNSEL

° ALSO ADMITTED NJ, PA
ᐃ ALSO ADMITTED NJ
* ALSO ADMITTED TX

**MEMO ENDORSED**

May 13, 2008

**BY HAND DELIVERY**
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

     RE:    Brown v. City of New York, et al., No. 07 Civ. 6163

Dear Judge Berman:

     This firm represents the plaintiff in the above matter. Yesterday, I wrote to the Court, with the consent of defense counsel, requesting that the discovery deadline in this matter be extended for three weeks. However, I neglected to request that the settlement conference, currently scheduled for May 15, 2008, also be adjourned. Because the parties are continuing to negotiate in good faith, I am writing, again with the consent of defense counsel, to request that the settlement conference be adjourned until June 5, 2008, three days after the newly scheduled date for the end of discovery.

Thank you for your consideration.

*[Handwritten: Adjourned to 6/5/08 @ 10:15]*

Respectfully submitted,

Kristen E. Finlon

CC: Stuart E. Jacobs, Esq. (by email)

**SO ORDERED:**
Date: 5/14/08   *[signature]*
Richard M. Berman, U.S.D.J.