UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TREVOR BROWN,                           :
                                        :
                    Plaintiff,          :    07 Civ. 6163 (RMB)
                                        :
            -against-                   :    **ORDER OF DISCONTINUANCE**
                                        :
THE CITY OF NEW YORK, et al.,           :
                                        :
                    Defendants.         :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08

     Based upon Defendant's letter, dated May 19, 2008, indicating that the parties have reached a settlement in principle, it is hereby

     **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

     The settlement conference scheduled for 10:15 a.m. on Thursday, June 5, 2008 is vacated.

**SO ORDERED**.

Dated: New York, New York
       May 29, 2008

                                                        **Richard M. Berman, U.S.D.J.**