UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TREVOR BROWN,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK, CAPTAIN JOHN DOE,
CORRECTION OFFICER NANCY, CORRECTION
OFFICER J.T., AND OTHER NEW YORK CITY
DEPARTMENT OF CORRECTIONS EMPLOYEES
WHOSE NAMES ARE UNKNOWN AT THIS TIME,

                              Defendants.

------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 CV 6163 (RMB) (DFE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

       **WHEREAS**, plaintiff commenced this action by filing a complaint on or about July 2, 2007, alleging that defendants violated his constitutional rights; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

       1.   This above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

       2.   Defendant City of New York hereby agrees to pay plaintiff Trevor Brown the total sum of TWENTY FIVE THOUSAND DOLLARS ($25,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the

payment of this sum, plaintiff agrees to dismissal of all the claims against the City of New York and to the Correction Officers identified in the caption as Correction Officer Nancy and Correction Officer J.T., and any present or former employees or agents of the New York City Department of Correction and the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit Concerning Liens.

4. Nothing contained herein shall be deemed to be an admission by the City of New York that it has in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
May 19, 2008

| | |
|---|---|
| Beranbaum Menken Ben-Asher & Bierman LLP<br>Attorney for Plaintiff<br>80 Pine Street, 32nd Floor<br>New York, N.Y. 10005<br>(212) 509-1616 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, N.Y. 10007<br>(212) 788-0899 |
| By: _____<br>Kristen Finlon, Esq. (KF 2575) | By: _____<br>Stuart E. Jacobs (SJ 8379)<br>Assistant Corporation Counsel |

SO ORDERED:

Richard M. Berman
U.S.D.J
7/3/08

- 3 -